344 A.2d 475
**In re ESTATE of Howard H. MORRISON, Deceased.**
**Appeal of Clea ANDREW.**

Supreme Court of Pennsylvania.

Argued Oct. 4, 1974.

Decided Oct. 3, 1975.

Sherman H. Siegel, Washington, for appellant.

William D. Phillips, Washington, for appellee.

Before EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

**164**

## OPINION OF THE COURT

PER CURIAM.

Decree affirmed.  Each party to pay own costs.

JONES, C. J., did not participate in the consideration or decision of this case.